1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 13-CR-00045-LHK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER CONTINUING HEARING DATE |
| | ) |
| ANNA ROSA PRADO, | ) |
| | ) |
| Defendant. | ) |

The defendant ANNA ROSA PRADO, represented by Michelle D. Spencer, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for August 7, 2013, be continued to ~~August 28, 2013~~.  September 4, 2013.

No other defendants are affected by this request.  The probation officer joins in the request for the new date.

////

////

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 13-CR-00045-LHK

1 | SO STIPULATED:

3 | Dated: July 1, 2013                              /S/
4 |                                                   Thomas A. Colthurst
                                                      Assistant United States Attorney

6 | Dated: July 1, 2013                              /S/
7 |                                                   Michelle D. Spencer, Esq.
                                                      Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. ANNA ROSA PRADO*, scheduled for August 7, 2013, is continued to ~~August 28, 2013, at 10:00 a.m.~~  September 4, 2013 at 9:30 a.m.

DATED:   7/9/13                          *Lucy H. Koh*
                                          THE HONORABLE LUCY H. KOH
                                          United States District Judge