1  MICHELLE D. SPENCER, CBN 164696
   LAW OFFICE OF MICHELLE D. SPENCER
2  55 River Street, Suite 100
3  Santa Cruz, CA 95060
   Tel:  831 458 0502
4  Fax: 831 515 5053

5  Attorney for Anna Rosa Prado

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANNA ROSA PRADO,<br><br>Defendant. | CASE NO:  CR13-00045-LHK<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING TO OCTOBER 2, 2013 |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing hearing currently scheduled for September 6, 2013 be continued to October 2, 2013 at 9:30 a.m.

United States Probation Officer Ben Flores joins in the request to continue the sentencing hearing to October 2, 2013.

///

//

- 1 -

Stipulation and [Proposed] Order Continuing Sentencing Hearing

IT IS SO STIPULATED.

Dated: July 30, 2013                              MELINDA HAAG
                                                  United States Attorney

                                                  _____/S/_____
                                                  THOMAS COLTHURST
                                                  Assistant United States Attorney


Dated: July 30, 2013                              _____/S/_____
                                                  MICHELLE D. SPENCER
                                                  Counsel for Anna Rosa Prado

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for September 6, 2013 shall be continued to October 2, 2013 at 9:30 a.m.

Dated: 7/31/13                                    *Lucy H. Koh*
                                                  THE HONORABLE LUCY H. KOH
                                                  United States District Judge

- 2 -

Stipulation and [~~Proposed~~] Order Continuing Sentencing Hearing